# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3196
LT Case No. 2011-CF-001453-A

_____

ERIC T. FRAZIER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Eric T. Frazier, Wewahitchka, pro se.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.


March 5, 2026


PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____